**Kaitlyn E. Luther (Pro Hac Vice)**
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison Ave., Suite 1400
Chicago, Illinois 60606
(312) 281-3600 (tel)
(312) 281-3678 (fax)

**SUSAN K. HATMAKER 172543**
**RACHELLE T. GOLDEN 295385**
**HATMAKER LAW GROUP**
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff:
NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100,<br><br>Defendant. | Case No.  1:20-cv-00092-DAD-BAM<br><br>**ORDER RE STIPULATION FOR LEAVE FOR NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE TO DEPOSIT ITS ADMITTED LIABILITY**<br><br>(Doc. 15) |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Counterclaim Plaintiff<br><br>v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>Counterclaim<br>Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Third-Party Plaintiff, | |

v.

MELANIE RODRIGUEZ and DEBANEE
MACPHERSON UDALL,

                Third-Party Defendants.

This cause comes on the stipulation of the parties for leave to deposit North American Company for Life and Health Insurance's admitted liability.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1.      North American Company for Life and Health Insurance is granted leave to deposit with the Clerk of this Court its admitted liability: interpleader funds in the amount of $1,500,000, plus applicable interest, if any, into the Registry of this Court.

2.      The Clerk of this Court shall accept the aforesaid check and shall receive such interpleader funds into the Registry of this Court.

IT IS SO ORDERED.

Dated:  __**March 4, 2020**__          ____/s/ *Barbara A. McAuliffe*____
                                      UNITED STATES MAGISTRATE JUDGE