UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100,<br><br>    Defendants.<br>_____<br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>    Counterclaim Defendant.<br>_____<br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MELANIE RODRIGUEZ and DEBANEE MACHPERSON UDALL,<br><br>    Third-Party Defendants. | Case No. 1:20-cv-00092-DAD-BAM<br><br>**ORDER REGARDING TELEPHONIC APPEARANCE AT MID-DISCOVERY STATUS CONFERENCE** |

In light of the restrictions on entering the Courthouse, and General Orders 610, 611, 612, 617, and 618, the parties are ordered to appear telephonically at the Mid-Discovery Status Conference currently set for Wednesday August 26, 2020, at 9:00 AM in Courtroom 8 (BAM) before the

1

undersigned. Parties may appear telephonically by using the following dial-in number and passcode: ***dial-in number 1-877-411-9748; passcode 3219139***.

The Clerk of Court is directed to serve a copy of this order on Third-Party Defendant Melanie Rodriguez at her address of record, 25045 Owl Creek Drive, Aldie, VA 20105.

IT IS SO ORDERED.

Dated: **August 20, 2020**              /s/ *Barbara A. McAuliffe*
                                        UNITED STATES MAGISTRATE JUDGE

2