UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY, | No. 1:20-cv-00092-DAD-BAM |
| Plaintiff, | |
| v. | ORDER REFERRING MOTION TO MAGISTRATE JUDGE |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Counter Claimant, | |
| v. | |
| BARBARA MACPHERSON-POMEROY, | |
| Counter Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Third-Party Plaintiff, | |
| v. | |
| DEBANEE MACPHERSON UDALL and MELANIE RODRIGUEZ, | |
| Third-Party Defendants. | |

1

1   Pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(a), the pending motion to
2 withdraw as counsel filed by counsel for third-party defendant Debanee MacPherson Udall (Doc.
3 No. 61) is hereby referred to United States Magistrate Judge Barbara A. McAuliffe for issuance
4 of findings and recommendations in accordance with 28 U.S.C. § 636(b)(1)(B) and (C).
5 Accordingly, the hearing on the motion set for April 6, 2021 before the undersigned is hereby
6 vacated and a new hearing date will be set by way of minute order by the assigned magistrate
7 judge if found to be appropriate.
8 IT IS SO ORDERED.

Dated:   **February 25, 2021**                          /s/ Dale A. Drozd
UNITED STATES DISTRICT JUDGE