UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100,<br><br>Defendants. | No. 1:20-cv-00092-DAD-BAM<br><br>**ORDER SETTING STATUS CONFERENCE** |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>Counterclaim Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MELANIE RODRIGUEZ and DEBANEE MACPHERSON UDALL,<br><br>Third-Party Defendants. | |

1

By separate order, the court has issued findings and recommendations that the motion of C. Russell Georgeson and the Georgeson Law Offices to withdraw as counsel of record for third-party defendant Debanee MacPherson Udall be granted.  The court also has recommended that Debanee MacPherson Udall be substituted in propria persona in place and stead of C. Russell Georgeson and the Georgeson Law Offices.

In light of the findings and recommendations, and in the interests of the administration of justice, the court sets a TELEPHONIC STATUS CONFERENCE in this matter for **March 25, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the conference will be to apprise third-party defendant Debanee MacPherson Udall of the status of this matter.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code:  **dial-in number 1-877-411-9748; access code 3219139.**

Counsel for third-party defendant Debanee MacPherson Udall is directed to serve her with a copy of this order and file proof of service with the court.

IT IS SO ORDERED.

Dated:  **March 12, 2021**         /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE