UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100,<br><br>    Defendants.<br>_____<br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>    Counterclaim Defendant.<br>_____<br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MELANIE RODRIGUEZ and DEBANEE MACPHERSON UDALL,<br><br>    Third-Party Defendants. | No. 1:20-cv-00092-DAD-BAM<br><br>**ORDER SETTING STATUS CONFERENCE** |

1

On February 22, 2021, Counsel for Third-Party Defendant Debanee MacPherson Udall filed a motion to withdraw as attorney. (Doc. No. 61.) On March 12, 2021, the Court held a hearing on the motion to withdraw and submitted findings and recommendations to the District Judge assigned to this case. (Doc. Nos. 69, 71.) The Court recommended that the motion to withdraw be granted. (Doc. No. 71.) Also, on March 12, 2021, the Court set a status conference for March 25, 2021, to apprise Third-Party Defendant Udall of the status of the case.

On March 25, 2021, the Court held a status conference. The Court discussed the case with Third-Party Defendant Udall. Third-Party Defendant Udall informed the Court she was in the process of obtaining new counsel. Plaintiff's Counsel, Devon McTeer, informed the Court that Plaintiff would be filing a Motion for Summary Judgment.

In light of the status of the case, and in the interests of the administration of justice, the court sets a TELEPHONIC STATUS CONFERENCE in this matter for **April 15, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**.  The purpose of the conference will be to discuss the status of the case and the status of Third-Party Defendant Udall's attorney search.  The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**

IT IS SO ORDERED.

Dated:   **March 25, 2021**                /s/ *Barbara A. McAuliffe*                
                                UNITED STATES MAGISTRATE JUDGE

2