UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Defendant. | No. 1:20-cv-00092-DAD-BAM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>(Doc. Nos. 61, 71) |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Counter Claimant,<br><br>v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>Counter Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>DEBANEE MACPHERSON UDALL and MELANIE RODRIGUEZ,<br><br>Third-Party Defendants. | |

1

1         On February 22, 2021, counsel of record for third-party defendant Debanee MacPherson Udall filed a motion to withdraw as counsel. (Doc. No. 61.) The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

         On March 21, 2021 the assigned magistrate judge issued findings and recommendations recommending that the pending motion to withdraw as counsel for third-party defendant Debanee MacPherson Udall be granted. (Doc. No. 71.) Those findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 7.) No objections have been filed and the time in which to do so has now passed. The court notes that statements of non-opposition to the pending motion to withdraw as counsel were filed by plaintiff and counter-defendant Barbara MacPherson Pomeroy and third-party defendant Debanee MacPherson Udall. (Doc. Nos. 67, 68.)

         In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

         Accordingly,

1. The findings and recommendations issued on March 21, 2021 (Doc. No. 71) are adopted in full;
2. The motion to withdraw as counsel filed by counsel of record for third-party defendant Debanee MacPherson Udall (Doc. No. 61) is granted; and
3. The Clerk of the Court is directed to update the docket in this action to reflect that third-party defendant Debanee MacPherson Udall is representing herself *in propria persona*, and to include her contact information as follows:

> Debanee MacPherson Udall
> 12246 Highway 62
> Eagle Point, Oregon 97524

IT IS SO ORDERED.

Dated:  **April 7, 2021**                    _____
                                             UNITED STATES DISTRICT JUDGE