UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY, | No. 1:20-cv-00092-DAD-BAM |
| Plaintiff, | |
| v. | **ORDER SETTING FURTHER STATUS CONFERENCE** |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Counter Claimant, | |
| v. | |
| BARBARA MACPHERSON-POMEROY | |
| Counter Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Third-Party Plaintiff, | |
| v. | |
| DEBANEE MACPHERSON UDALL and MELANIE RODRIGUEZ, | |
| Third-Party Defendants. | |

1

On April 15, 2021, the Court held a telephonic status conference to discuss the status of this action and the status of third-party defendant Debanee MacPherson Udall's attorney search. Counsel Devon McTeer appeared by telephone on behalf of plaintiff/counter defendant Barbara MacPherson-Pomeroy. Counsel Kaitlyn Luther appeared by telephone on behalf of defendant/counter plaintiff North American Company for Life and Health Insurance. Third-party defendant Debanee MacPherson Udall appeared in *pro se*. Third-party defendant Melanie Rodriguez did not appear.

The Court and parties discussed the status of this action, including the motion of plaintiff/counter defendant Barbara MacPherson-Pomeroy for summary judgment of the third-party interpleader complaint or partial summary judgment of the adverse claims to the life insurance policy proceeds filed on March 31, 2021. The motion is noticed for hearing on May 4, 2021, before the district judge, and will be decided on the papers. (Docs. 76, 77.)

Third-party defendant Debanee MacPherson Udall reported her belief that she had found counsel, but counsel was not yet available. Due to her continuing *pro se* status, the Court advised Ms. Udall of the pending motion for summary judgment and notified her that unless a continuance was sought and obtained from the district judge, any opposition to the motion for summary judgment must be in writing and filed no later than **fourteen (14) days** prior to the May 4 hearing date. *See* Local Rule 230(c). A failure to file a timely opposition may be construed by the Court as a non-opposition to the motion. *Id.* Additionally, the Court directed Ms. Udall's attention to Local Rule 260 (Fed. R. Civ. P. 56), available on the Court's website, regarding written oppositions to motions for summary judgment. The Court also directed Ms. Udall to the Amended Scheduling Order, Docket No. 60, regarding the remaining pretrial deadlines in this case.

Based on the status of this action, and in the interests of the administration of justice, the Court sets a FURTHER TELEPHONIC STATUS CONFERENCE on **May 19, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe.** The purpose of the conference will be to address the status of this action and the status of Ms. Udall's attorney search. The parties shall appear at the conference by telephone with each party using the

following dial-in number and access code:  **dial-in number 1-877-411-9248; access code 3219139.**

IT IS SO ORDERED.

Dated:   **April 15, 2021**                            /s/ Barbara A. McAuliffe             _
                                                   UNITED STATES MAGISTRATE JUDGE