UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Defendant. | No. 1:20-cv-00092-DAD-BAM<br><br>**ORDER AFTER STATUS CONFERENCE** |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Counter Claimant,<br><br>v.<br><br>BARBARA MACPHERSON-POMEROY<br><br>Counter Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>DEBANEE MACPHERSON UDALL and MELANIE RODRIGUEZ,<br><br>Third-Party Defendants. | |

1

1 | On May 19, 2021, the Court held a telephonic status conference to discuss the status of this action and the status of third-party defendant Debanee MacPherson Udall's attorney search. Counsel Marshall Whitney appeared by telephone on behalf of plaintiff/counter defendant Barbara MacPherson-Pomeroy. Counsel Kaitlyn Luther appeared by telephone on behalf of defendant/counter plaintiff North American Company for Life and Health Insurance. Third-party defendant Debanee MacPherson Udall appeared in *pro se*. Third-party defendant Melanie Rodriguez did not appear.

The Court and parties discussed the status of this action, including the motion of Third-party defendant Ms. Udall's motion for continuance and for appointment of counsel. Plaintiff's counsel informed the Court that Plaintiff intends to oppose the motion. Ms. Udall informed the Court that her proposed counsel is unavailable and under medical care. Additionally, Ms. Udall informed the Court that she is having difficulty searching for new counsel.

Based on the status of this action, the Court did not set a further status conference at this time.

IT IS SO ORDERED.

Dated: **May 20, 2021**          /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE