UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100,<br><br>    Defendants. | No. 1:20-cv-00092-DAD-BAM<br><br>**ORDER SETTING STATUS CONFERENCE** |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>    Counterclaim Plaintiff,<br><br>    v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>    Counterclaim Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>    Third-Party Plaintiff,<br><br>    v.<br><br>MELANIE RODRIGUEZ and DEBANEE MACPHERSON UDALL,<br><br>    Third-Party Defendants. | |

On June 16, 2021, Plaintiff Barbara MacPherson-Pomeroy and Defendant North American Company for Life and Health Insurance ("Defendant") filed a Stipulation for Status Conference and limited modification to the scheduling order. (Doc. No. 94.)

Having considered the stipulation, the court sets a TELEPHONIC STATUS CONFERENCE in this matter for **July 6, 2021, at 9:30 AM in Courtroom 8 (BAM) before Magistrate Judge Barbara A. McAuliffe**. The purpose of the conference will be to discuss the proposed changes to the scheduling order. The parties shall appear at the conference by telephone with each party using the following dial-in number and access code: **dial-in number 1-877-411-9748; access code 3219139.**

IT IS SO ORDERED.

Dated: **June 18, 2021** /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE