UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100,<br><br>Defendants. | No. 1:20-cv-00092-DAD-BAM<br><br>**ORDER GRANTING JOINT REQUEST FOR LIMITED MODIFICATION TO SCHEDULING ORDER**<br><br>(Doc. No. 94) |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>Counterclaim Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Third-Party Plaintiff,<br><br>v.<br><br>MELANIE RODRIGUEZ and DEBANEE MACPHERSON UDALL,<br><br>Third-Party Defendants. | |

On June 16, 2021, Plaintiff Barbara MacPherson-Pomeroy and Defendant North American Company for Life and Health Insurance ("Defendant") filed a Stipulation for Status Conference and limited modification to the scheduling order. (Doc. No. 94.) On July 6, 2021, the court held a status conference on the matter. Counsel Marshall Whitney appeared by telephone on behalf of Plaintiff Barbara MacPherson-Pomeroy. Counsel Kaitlyn Luther appeared by telephone on behalf of Defendant North American Company for Life and Health Insurance. Third Party Defendant Debanee MacPherson Udall appeared by telephone. Third Party Defendant Melanie Rodriguez did not appear.

Having considered the stipulation and arguments, the Court GRANTS the request to modify the scheduling order as follows:

1. **Expert Disclosures**: Thirty (30) days after the Court has issued an order on the pending Motion for Summary Judgment (Doc. No. 76.);
2. **Supplemental Expert Disclosures**: Thirty (30) days after Initial Expert Disclosures;
3. **Expert Discovery Cut-off**: Thirty (30) days after Supplemental Expert Disclosures; and
4. **Dispositive Motions Filing Deadline**: Sixty (60) days after the Court has issued an order on the pending Motion for Summary Judgment (Doc. No. 76.).

IT IS SO ORDERED.

Dated: **July 6, 2021**  /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE