1  **David J. Novotny (Pro Hac Vice)**
   **Craig M. Bargher (Pro Hac Vice)**
2  **Kaitlyn E. Luther (Pro Hac Vice)**
   CHITTENDEN, MURDAY & NOVOTNY LLC
3  303 W. Madison Ave., Suite 1400
   Chicago, Illinois 60606
4  (312) 281-3600 (tel)
   (312) 281-3678 (fax)
5
   **SUSAN K. HATMAKER 172543**
6  **RACHELLE T. GOLDEN 295385**
   **HATMAKER LAW GROUP**
7  7522 N. Colonial Avenue, Suite 105
   Fresno, California 93711
8  Telephone: (559) 374-0077
   Facsimile: (559) 374-0078
9
   Attorneys for Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff:
10 NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY, | Case No. 1:20-CV-00092-DAD-BAM |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100, | **ORDER** (Doc. 131) |
| | The Hon. Barbara A. McAuliffe |
| Defendants. | Trial Date: January 10, 2023 |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Counterclaim Plaintiff | |
| v. | |
| BARBARA MACPHERSON-POMEROY, | |
| Counterclaim Defendant. | |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, | |
| Third-Party Plaintiff, | |
| v. | |

MELANIE RODRIGUEZ and DEBANEE MACPHERSON UDALL,

    Third-Party Defendants.

Plaintiff and Counterclaim Defendant Barbara MacPherson-Pomeroy ("Plaintiff") and Defendant, North American Company for Life and Health Insurance ("North American Company"), by and through their respective counsel, in light of the facts set forth below and pursuant to FED. R. CIV. P. 6 and L.R. 137, 143, and 144, hereby submit the Stipulation to Extend Deadline for Reply in Support of Motion for Summary Judgment.

In support of this Stipulation, Plaintiff and North American Company have jointly met and conferred and represent that there is good cause for the proposed extension of time on the following grounds:

1. Dispositive motions in this matter are due by August 11, 2022. (Doc. No. 110).

2. North American Company intends to file a Motion for Summary Judgment regarding Plaintiff's breach of contract and breach of duty of good faith and fair dealing claims on August 11, 2022.

3. Per L.R. 230(c), written opposition to the motion will be due no later than August 25, 2022. If Plaintiff's written opposition is filed on August 25, 2022, then, per Local Rule 230(d), North American Company's reply to the opposition will be due September 6, 2022.

4. Craig M. Bargher, who has been admitted *pro hac vice* for North American Company in this matter, is the only attorney representing North American Company who is handling the Motion for Summary Judgment to be filed on August 11, 2022 (Kaitlyn Luther is on maternity leave until October 2022), and he will be on a planned vacation from August 27, 2022 through September 5, 2022. He will be unable to prepare a reply brief during that time.

5. Plaintiff and North American Company stipulate to and therefore seek an extension of time to September 16, 2022, for North American Company to file the reply brief.

6. The parties have not previously obtained any extensions of time with respect to the reply brief in connection with any dispositive motions to be filed by August 11, 2022 in this matter.

7. Given that the trial date in this action is January 10, 2023, both Plaintiff and North

American Company agree that neither party will be prejudiced by the extension of the above-referenced deadline. In addition, there will be no prejudice to Third-Party Defendants Melanie Rodriguez or Ms. Udall as they have both been terminated from the suit.

8. This Stipulation is signed on behalf of all parties who have appeared and are still parties in the action and who are affected by this Stipulation.

9. Counsel for North American Company consulted with counsel for Plaintiff, who agreed to North American Company's request to seek the extension of time for the reply brief to September 16, 2022.

10. A proposed order granting the requested relief is submitted below pursuant to Judge McAuliffe's standing order and applicable local rules, including L.R. 137, regarding proposed orders.

For the above reasons, Plaintiff and North American Company respectfully request that this Court grant the present request to extend the time for North American Company's reply brief regarding its upcoming Motion for Summary Judgment to September 16, 2022.

**STIPULATED AND AGREED TO:**

Dated: August 8, 2022.                    WHITNEY, THOMPSON & JEFFCOACH LLP

                                          By:  /s/ Devon R. McTeer (with permission)
                                               Marshall C. Whitney
                                               Devon R. McTeer
                                               Attorneys for Barbara MacPherson-Pomeroy

Dated: August 8, 2022.                    CHITTENDEN, MURDAY & NOVOTNY LLC

                                          By:  /s/Craig M. Bargher
                                               Craig M. Bargher
                                               Attorney for North American Company for Life
                                               and Health Insurance

**ORDER**

Pursuant to the parties' stipulation, and cause appearing, the request for an extension of time for North American Company to file a reply in support of its anticipated Motion for Summary Judgment is GRANTED. North American Company shall file its reply brief on or before September 16, 2022.

IT IS SO ORDERED.

Dated: __August 9, 2022__               /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE