**David J. Novotny (Pro Hac Vice)**
**Craig M. Bargher (Pro Hac Vice)**
**Kaitlyn E. Luther (Pro Hac Vice)**
CHITTENDEN, MURDAY & NOVOTNY LLC
303 W. Madison St., Suite 2400
Chicago, Illinois 60606
(312) 281-3600 (tel)
(312) 281-3678 (fax)

**SUSAN K. HATMAKER 172543**
**HATMAKER LAW GROUP**
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone: (559) 374-0077
Facsimile: (559) 374-0078

Attorneys for Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff:
NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100,<br><br>Defendant. | Case No.  1:20-cv-00092-DAD-BAM<br><br>**DEFENDANT'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT** |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Counterclaim Plaintiff<br><br>v.<br><br>BARBARA MACPHERSON-POMEROY,<br><br>Counterclaim<br>Defendant. | Settlement Conference Date:      September 12, 2022<br><br>Conference Time:      1:00 p.m.<br><br>The Hon. Magistrate Judge Stanley A. Boone<br><br>Trial Date:       January 10, 2023 |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Third-Party Plaintiff, | |

v.

MELANIE RODRIGUEZ and DEBANEE
MACPHERSON UDALL,

                    Third-Party Defendants.

DEFENDANT'S NOTICE OF CONFIDENTIAL SETTLEMENT STATEMENT

1        On August 31, 2022, Defendant, North American Company for Life and Health Insurance,

2    submitted its Confidential Settlement Conference Statement to Magistrate Judge Stanley A.

3    Boone.

4    DATED: September 9, 2022.                          By: /s/ Craig M. Bargher

5                                                        CRAIG M. BARGHER

6                                                        Attorney for Plaintiff
NORTH   AMERICAN   COMPANY   FOR
LIFE AND HEALTH INSURANCE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT'S NOTICE OF CONFIDENTIAL SETTLEMENT STATEMENT

1

**PROOF OF SERVICE**

2

My business address is 303 W. Madison Ave., Suite 2400, Chicago, Illinois 60606.  I am employed in Cook County, Illinois.  I am over the age of 18 years and am not a party to this case.

3

4

On the date indicated below, I served the foregoing document described as

5

**DEFENDANT'S NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT STATEMENT**

6

on all interested parties in this action as follows:

7

8
Marshall C. Whitney (SBN 082952)
Devon R. McTeer (SBN 230539)
Whitney, Thompson & Jeffcoach LLP

9
8050 N. Palm Ave., Suite 110
Fresno, CA 93711

10
Telephone: (559) 753-2550
Fax: (559) 753-2560

11
Email:mwhitney@wtjlaw.com
Email:dmcteer@wtjlaw.com

12

13
✕____    (BY ELECTRONIC TRANSMISSION – by CM/ECF System) Notice of this filing will be sent by e-mail to all parties and the above-specified persons by operation of the Court's electronic filing CM/ECF system, which will send electronic notification of such filing to all counsel/parties.

14

15

16

17
____    (BY ELECTRONIC TRANSMISSION) I caused the above-referenced document to be sent to the person(s) at the e-mail address(es) of the addressee(s) on the date stated thereon.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.  The electric notification address of the person making the service is cbargher@cmn-law.com.

18

19

20
**EXECUTED ON September 9, 2022, at Chicago, Illinois.**

21
_____    (STATE)    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

22

23
✕____    (FEDERAL) I declare that I am an attorney admitted Pro Hac Vice to the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

24

25

26
By:  ___*/s/ Craig M. Bargher*_____
CRAIG M. BARGHER

27

28

DEFENDANT'S NOTICE OF CONFIDENTIAL SETTLEMENT STATEMENT