UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY, | No. 1:20-cv-00092-KES-BAM |
| Plaintiff, | |
| v. | ORDER DIRECTING FILING OF A JOINT STATUS REPORT AND COMPLETION OF THE COURT'S CONSENT/DECLINE FORM WITHIN TEN DAYS |
| NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE, an Iowa corporation; and DOES 1 through 100, | |
| Defendants. | |

Following the Court's Order denying in part and granting in part defendant North American Company for Life and Health Insurance's motion for summary judgment, Doc. 167, this action proceeds on plaintiff Barbara MacPherson-Pomeroy's claims for breach of contract and breach of the covenant of good faith and fair dealing against defendant North American Company for Life and Health Insurance.

The parties are directed to meet and confer and file by July 3, 2025 a joint status report informing the Court of the estimated number of trial days based on a 9:00 a.m. to 4:30 p.m. schedule, and whether the parties would benefit from a settlement conference before a magistrate judge. The status report shall also include three potential trial dates before March

1

2026.  In identifying proposed trial dates, the parties should consider that a pretrial conference will be set approximately 60 days before the selected trial date and should consider the requirements set forth in the Court's Standing Order in Civil Cases.

The Eastern District of California has one of the heaviest district judge caseloads in the country.  Though the Court will use its best efforts to resolve this case and all other civil cases in a timely manner, the Court is now setting multiple trials to begin upon the same date, and as a result the parties may find their case trailing another case on the scheduled trial date.  The law requires that the Court give criminal trials priority over civil trials, even if a civil case is older or a civil trial was set earlier.  If multiple trials are scheduled to begin on the same day, the civil trial in this case may trail other cases week to week until completion of any criminal trial or older civil case.

The parties are reminded of the availability of a United States magistrate judge to conduct all proceedings in this action.  A United States magistrate judge is available to conduct civil trials, including entry of final judgment, pursuant to 28 U.S.C. § 636(c), Federal Rule of Civil Procedure 73, and Local Rule 301.  As magistrate judges do not hear felony criminal trials, civil cases set before them do not trail criminal cases.  The magistrate judges of this district are highly experienced trial judges.  The same jury pool is used by both United States magistrate judges and United States district judges.

A review of the docket appears to indicate that neither party has completed this Court's Consent/Decline Form indicating whether the party consents or declines to consent to magistrate judge jurisdiction.  Parties may withhold their consent, and their election as to whether to consent will not affect any substantive decision.  The parties are directed to complete and return the Consent/Decline Form by July 3, 2025, indicating their decision.  Judges are informed of a party's response only if all parties consent to the referral.

///

///

///

///

Accordingly,

1. The Clerk of Court is directed to send the parties a copy of the Court's Consent/Decline Form.

2. By July 3, 2025, the parties shall (1) file a joint status report informing the Court of the estimated number of trial days, indicating whether the parties would benefit from a settlement conference before a magistrate judge, and identifying three potential trial dates before March 2026; and (2) complete and return the Consent/Decline Form.

IT IS SO ORDERED.

Dated:   June 23, 2025

_____
UNITED STATES DISTRICT JUDGE

3