# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA MACPHERSON-POMEROY,<br><br>Plaintiff,<br><br>v.<br><br>NORTH AMERICAN COMPANY FOR LIFE AND HEALTH INSURANCE,<br><br>Defendant. | Case No. 1:20-cv-00092-KES-BAM<br><br>ORDER DENYING REQUEST FOR TELEPHONIC/REMOTE APPEARANCE<br><br>(ECF No. 176) |

An in-person settlement conference is set before the undersigned on November 3, 2025. (ECF No. 175.) On September 16, 2025, Defendant filed a request to appear at the settlement conference by video. Due to the nature of the case, the Court finds personal appearance by Defendant's representative and counsel at the settlement conference to be necessary and beneficial.

Accordingly, Defendant's request to appear at the settlement conference by video (ECF No. 176) is DENIED.

IT IS SO ORDERED.

Dated:   **October 6, 2025**

STANLEY A. BOONE
United States Magistrate Judge